# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HELEN HICKS,

    Plaintiff,

v.                                                                 Case No: 8:12-cv-834-T-30AEP

NATIONWIDE CREDIT, INC.,

    Defendant.
_____

## ORDER

The Court has been advised via a Notice of Pending Settlement (Dkt. #4) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on May 14, 2012.

                                                           JAMES S. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cv-834 dismiss 4.docx